No. 12–8170. CORTEZ-MELO v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 12–8176. THOMAS v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 12–8213. HERNANDEZ LOPEZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–8222. PEARSON v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8227. THOMAS v. ROMANOWSKI, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8228. BLACKMON v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8243. ROBERTS v. TAYLOR, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12–8260. PERDOMO v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–8277. THOMPSON v. LEWIS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–8297. GIOGLIO v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 12–8299. ESTRADA-LOPEZ v. OHIO. Ct. App. Ohio, Butler County. Certiorari denied.

No. 12–8316. DYER v. MORROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8354. BUEHNER v. LAROSE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8363. BROWN v. BAUMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8377. SMITH, AKA JOHNSON v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.